**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**MICHELLE NEWKIRK,**

        **Plaintiff,**

    **v.**                             **Civil Action 2:24-cv-3769**
                                          **Judge James L. Graham**
                                          **Magistrate Judge Kimberly A. Jolson**

**OHIO LIVING SARAH MOORE,**

        **Defendant,**

## <u>ORDER</u>

Before the Court is the parties' Joint Status Report (Doc. 9), which the Court construes as a motion to extend the mediation deadline. On September 19, 2024, the Court adopted the parties' proposed case schedule and referred the case to mediation in January 2025. (Doc. 5 at 2). On November 22, 2024, the parties were directed to notify the Court within ten days if the case should not proceed with mediation by that deadline. (Doc. 6). After that deadline, the parties reported that mediation should be continued to April 2025. As requested, the Court reset that deadline.

The assigned mediator contacted the parties multiple times to schedule mediation. The parties did not respond. Then, the Court asked the parties for an update. Again, they did not respond. So, on April 11, 2025, the Court ordered the parties to file a status report updating the Court on their plans for mediation. (Doc. 8).

Now, the parties say that Plaintiff was only recently deposed on April 4, 2025, so they believe mediation should be continued until May 2025. (Doc. 9). Once more, the Court notes that the parties did not follow the established process for the Court's alternative dispute resolution program. (Doc. 7 (saying the parties must contact the Court by March 3 if the case should not proceed with mediation in April 2025)).

Still, to give the parties the time they need to adequately prepare for mediation, the Court **GRANTS** the motion and refers this case to mediation in May 2025.  The parties are **ORDERED** to contact their assigned mediator **within fourteen (14) days of the date of this Order** to schedule mediation.  The parties are further **ORDERED** to file a joint status report **on or before May 30, 2025**, updating the Court on the outcome of that mediation, unless a mediator's report is filed before that date.

IT IS SO ORDERED.


Date:   April 17, 2025                                    /s/ Kimberly A. Jolson
                                                         KIMBERLY A. JOLSON
                                                         UNITED STATES MAGISTRATE JUDGE